UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J.,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>            Defendant. | CASE NO. CV 18-2195-AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for reconsideration of Dr. Cross' opinion.

DATED: January 22, 2019

_____
ALICIA G. ROSENBERG
United States Magistrate Judge